UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| YASEEN TRAYNOR, on behalf of himself and all others similarly situated, | : **Case No. 1:19-cv-2316** |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| BEAUTY PLUS SALON, INC        Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: June 5, 2019                                     Respectfully Submitted,

                                                         */s/Dov Mittelman*
                                                         Dov Mittelman Esq.
                                                         **Stein Saks, PLLC**
                                                         285 Passaic Street
                                                         Hackensack, NJ 07601
                                                         mittelmandov@yahoo.com
                                                         Tel. 201-282-6500
                                                         Fax 201-282-6501
                                                         *Attorneys for Plaintiff*

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 5th day of June, 2019        Respectfully Submitted,

                                    */s/ Dov Mittelman*
                                    Dov Mittelman

```
Application GRANTED.  The Clerk of Court is directed to terminate all
pending motions, adjourn all remaining dates, and close this case.


Dated:    June 12, 2019              SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE